**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elizabeth CANTU, a.k.a. Lisa Cantu,**
**Defendant–Appellant.**

**No. 12–15813**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 5, 2013.

Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, Benjamin W. Beard, Robert G. Davies, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Federal Public Defender's Office, Tallahassee, FL, Elizabeth Cantu, FMC Carswell, Fort Worth, TX, Rudolph Carroll Shepard, Jr., Shepard Law, Panama City Beach, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Elizabeth Cantu in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cantu's conviction and sentence are **AFFIRMED.**